ACCEPTED
03-13-00789-CV
7757694
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 9:52:18 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00789-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 9:52:18 AM
JEFFREY D. KYLE
Clerk

ALPHONSO CRUTCH LIFE SUPPORT CENTER,
*Appellant,*

v.

MICHAEL L. WILLIAMS, COMMISSIONER OF EDUCATION;
HOLLAND TIMMINS, DESIGNEE OF THE COMMISSIONER; AND
THE TEXAS EDUCATION AGENCY,
*Appellees.*

On Appeal from the
261st Judicial District Court, Travis County, Texas

**UNOPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL LETTER BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 38.7, Appellees Michael L. Williams, Holland Timmins, and the Texas Education Agency move for leave to file a supplemental letter brief that updates the Court on litigation related to this appeal. The supplemental letter brief is being filed concurrently with this motion.

1

**I.**

Appellant Alphonso Crutch Life Support Center made multiple references in its briefs in this case to its allegation that it had been underfunded by the Commissioner and that it had filed suit regarding those funding decisions. *See, e.g.*, Appellant's Br. 2-3, 7, 10-11, 37. A district court in Travis County has now heard that separate funding lawsuit and ruled in favor of the Commissioner, finding that he did not act ultra vires or violate Crutch's equal-protection rights. Crutch has appealed that judgment to this Court. *Alphonso Crutch Life Support Ctr., Inc. v. Williams*, No. 03-15-00509-CV.

Appellees continue to believe that the funding question is separate from the non-renewal issue presented in this lawsuit. But given the statements in Crutch's brief, Appellees wished to inform the Court of the most recent development in the related litigation, should the Court find it relevant. The supplemental letter brief makes no legal arguments, but simply informs the Court of the decision and attaches the judgment, findings, and conclusions. This motion is unopposed by Crutch.

**II.**

For these reasons, Appellees respectfully request that the Court grant them leave to file a supplemental letter brief.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

/s/ Beth Klusmann
Beth Klusmann
Assistant Solicitor General
State Bar No. 24036918

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1914
(512) 474-2697 [fax]
*Beth.Klusmann@texasattorneygeneral.gov*

COUNSEL FOR APPELLEES

## CERTIFICATE OF SERVICE

On November 10, 2015, this Unopposed Motion for Leave to File Supplemental Letter Brief was served via electronic mail and certified U.S. mail, return receipt requested on:

Mr. Gary L. Bledsoe
POTTER BLEDSOE, LLP
316 West 12th Street, Suite 307
Austin, TX 78701
*garybledsoe@sbcglobal.net*

*Counsel for Appellant*

/s/ Beth Klusmann
BETH KLUSMANN

## CERTIFICATE OF CONFERENCE

I certify that I e-mailed Gary Bledsoe, counsel for Appellant, and that he is unopposed to this motion.

/s/ Beth Klusmann
BETH KLUSMANN